UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. GESSE,<br><br>                          Petitioner,<br><br>     v.<br><br>ROBERT HERNANDEZ, Warden,<br><br>                          Respondent. | Civil No.    04cv1004-H (CAB)<br><br>**ORDER GRANTING RESPONDENT'S MOTION TO COMPEL**<br><br>**[Doc. No. 54]** |

On September 14, 2006 and September 19, 2006, the Court held a telephonic discovery conference regarding Respondent's motion to compel the production of Petitioner's defense trial files. [Doc. No. 54.] Robert Sherman, Esq., appeared for Petitioner, and Lilia Garcia, Esq., appeared for Respondent. Having considered the submissions of the parties and the arguments of counsel, **IT IS HEREBY ORDERED**:

1. Petitioner has waived the attorney client privilege by asserting ineffective assistance of counsel. *Bittaker v. Woodford*, 331 F.3d 715, 718 (9th Cir. 2003). The scope of the waiver is as to all communications between Petitioner and his trial counsel William Saunders regarding plea negotiations that took place during Petitioner's first trial. Respondent's motion to compel is **GRANTED** with this limitation on scope.

///
///
///

2. Petitioner shall produce to Respondent any communications in Mr. Saunders' trial files regarding plea negotiations no later than **September 25, 2006**. If no responsive documents are located, Petitioner's counsel shall serve a declaration setting forth the steps taken to locate the trial files and stating that no responsive documents could be located.

DATED: September 20, 2006

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge