FILED

06 SEP 28 PM 3:47

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. GESSE,<br><br>            Petitioner,<br><br>v.<br><br>ROBERT HERNANDEZ, Warden,<br><br>           Respondent | CASE NO. 04cv1004-H (CAB)<br><br>[PROPOSED] ORDER ISSUING WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR MARK E. GESSE (CDC #P46864) |

The court hereby issues a Writ of Habeas Corpus Ad Testificandum directing the California Department of Transportation Unit to secure the presence of Petitioner Mark E. Gesse, in the above-captioned matter.

Mark E. Gesse is identified as Inmate # P46864, presently incarcerated at Richard J. Donovan Correctional Facility, at San Diego, California. This Court has ordered that Mark E. Gesse be present at the Evidentiary Hearing, which will commence before this Court on October 10, 2006 at 9:00 a.m.

///

///

///

///

///

1        Accordingly, Mark E. Gesse, CDC #P46864, an inmate at Richard J. Donovan
2 Correctional Facility at San Diego, California, is to be produced on October 10, 2006, at 9:00
3 a.m., at the United States District Courthouse, in Courtroom E, located at 940 Front Street, San
4 Diego, California, the Honorable Cathy Ann Bencivengo, presiding.

Dated: 9/27/06

CATHY ANN BENCIVENGO
United States Magistrate Judge

Prepared and submitted by:

LILIA GARCIA
Supervising Deputy Attorney General
Attorney for Respondent

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Mark E. Gesse v. Robert Hernandez, Warden**

No.:   **CV 04-1004 H (CAB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 27, 2006, I served the attached **[PROPOSED] ORDER ISSUING WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR MARK E. GESSE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Robert E. Young, Esq.
Law Offices of Robert E. Young
1262 "B" 7th Avenue
San Francisco, CA 94122

Richard G. Sherman, Esq.
Law Offices of Richard G. Sherman
149 South Barrington Avenue
Los Angeles, CA 90049

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 27, 2006, at San Diego, California.

| Carole McGraw | *Carole McGraw* |
|---|---|
| Declarant | Signature |

80077042.wpd